

# GOLDSTEIN MEHTA LLC

## ATTORNEYS AT LAW

1221 Locust Street, Phila., PA 19107
267-225-2545
ztg@goldsteinmehta.com
www.goldsteinmehta.com

August 2, 2019

Honorable Noel L. Hillman
U.S. District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101
Via e-filing

  Re: United States v. Bruce Jackson – 1:19-cr-00233-NLH

Your Honor:

  The Court directed that I contact chambers with a proposed briefing deadline for supplemental briefs following the hearing on the motion to suppress in the above case which took place last week. I have spoken with the assigned prosecutor, AUSA Martha Nye, and we have agreed upon a proposed deadline of August 31, 2019 if that is acceptable to the Court.

  Please do not hesitate to contact me with any questions or concerns.

            Sincerely,

            /s Zak Goldstein

            Zak T. Goldstein, Esquire

Cc: AUSA Martha Nye (via e-filing)

So Ordered this _6th_ day of _August_, 20_19_

_/s Noel L. Hillman_
Hon. Noel L. Hillman, USDJ